USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/27/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

NICOLE GONZALEZ,

                              Plaintiff,                      21-CV-952-(ER) (KHP)

                                                                **ORDER**

      -against-

THE STOP & SHOP SUPERMARKET COMPANY LLC,

                              Defendant.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

        As discussed at today's case management conference, the parties shall file a joint status letter by **February 28, 2022**. Additionally, fact discovery is hereby extended to **March 31, 2022.**

        SO ORDERED.

DATED:      New York, New York
                 January 27, 2022

                                                        _____
                                                        KATHARINE H. PARKER
                                                       United States Magistrate Judge