```
USDC SDNY
DOCUMENT
ELECTRONICALLY  FILED
DOC #:_____
DATE FILED: 5/18/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
NICOLE GONZALEZ,

                                    Plaintiff,                          **21-CV-952 (ER) (KHP)**

                                                                        **ORDER**

              -against-

THE STOP & SHOP SUPERMARKET COMPANY LLC,

                                    Defendant.
-----------------------------------------------------------------X
**KATHARINE H. PARKER, United States Magistrate Judge:**

          As discussed at the case management conference held on May 17, 2022, the expert

discovery deadline is hereby extended to **September 30, 2022.**

          **SO ORDERED.**

DATED:        New York, New
              York May 18, 2022

                                                        _____
                                                        KATHARINE H. PARKER
                                                        United States Magistrate Judge

1